UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLEY PINKHAM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STELLAR RECOVERY INC.<br><br>　　　　Defendant | Case No.: 1:14-cv-12858-RWZ<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between the undersigned, the parties to this action, that whereas no party hereto is an infant or incompetent, this action shall be dismissed with prejudice with Plaintiff waiving all rights to appeal pursuant to the completion of the settlement agreement between the parties.

DATED: January 5, 2015

| | |
|---|---|
| _s/ Daniel Goldsmith Ruggiero_____ | _s/ Andrew M. Schneiderman_ |
| Daniel Goldsmith Ruggiero | Andrew M. Schneiderman |
| P.O. Box 291 | Hinshaw & Culbertson LLP |
| Canton, Massachusetts 02021 | 28 State Street, 24th Floor |
| Telephone: 339-237-0343 | Boston, MA 02109 |
| Fax: 201-608-7116 | Telephone: 617-213-7000 |
| Email: druggieroesq@gmail.com | Fax: 617-213-7001 |